Opinion
issued March 1, 2012.

 



 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-11-00585-CV

 



 

MYRTIS ALEXANDER, Appellant

 

V.

 

COMMUNITY FAMILY CENTERS, Appellee

 



 

On Appeal from the County Civil
Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 956533

 



 

MEMORANDUM
OPINION








Appellant, Myrtis Alexander, has failed to
timely file a brief.  See Tex. R. App. P. 38.8(a) (failure of
appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Jennings, Massengale, and Huddle.